IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| LYNN M. DICKEY, et al., | : | |
| --- | --- | --- |
| | : | 3:08-cv-1179 |
| Plaintiffs, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | Hon. William T. Prince |
| WAYNE COUNTY, et al., | : | |
| | : | |
| Defendants. | : | |

# ORDER

## August 6, 2010

In accordance with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Prince dated May 7, 2010 (Doc. 73) is **ADOPTED** in its entirety.

2. The Plaintiffs' objections (Doc. 74) are **OVERRULED** in their entirety.

3. The Motion for Summary Judgment (Doc. 35) is **GRANTED**.

4. The Clerk of Courts is directed to **ENTER** judgment in favor of Defendants.

5. The Clerk of Courts is directed to **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge